UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OTONIEL SOSA TEOBA, et al.,

                      Plaintiffs,

                                                ORDER

-vs-

                                                10-CV-6132 CJS

TRUGREEN LANDCARE, LLC,

                      Defendant.
_____

      Plaintiffs having filed a motion for class certification (Docket No. [#155]) and the parties having briefed the motion and having requested a date for oral argument, it is hereby

      ORDERED that oral argument on Plaintiffs' motion for class certification [#155] will be heard before the undersigned on **January 30, 2014, at 3:00 p.m.** at 1360 United States Courthouse, 100 State Street, Rochester, New York; and it is further

      ORDERED <u>that to expedite the resolution of the pending motion(s), the parties are encouraged to consider the provisions of 28 U.S.C. §636(c) governing consent to disposition of the motion (or the entire case) by a Magistrate Judge.</u>  Instructions and forms for use under those provisions are available from the office of the Magistrate Judge or of the Clerk.

Dated:     Rochester, New York
             November 13, 2013

                                        ENTER:

                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge