IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

OTONIEL SOSA TEOBA, individually        FILED ELECTRONICALLY
and on behalf of others similarly situated,

    Plaintiffs                                  C.A. No. 6:10-cv-06132 (JWF)

v.

                                               CLASS ACTION

TRUGREEN LANDCARE L.L.C.

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| MOTION BY: | Plaintiff Otoniel Sosa Teoba |
| RELIEF REQUESTED: | Final Approval of Class Action Settlement and Order and Final Judgment Dismissing this Action With Prejudice Pursuant to the Settlement |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Motion for Final Approval |
| | Exhibit 1 (affidavit of Simpluris) |
| | Exhibit 2 (affidavit of Jessica Stender) |
| | Exhibit 3 (affidavit of Carolyn Mow) |
| | Exhibit 4 (affidavit of Edward Tuddenham) |
| | Exhibit 5 (affidavit of Dan Getman) |
| BASIS FOR RELIEF REQUESTED: | Fed. R. Civ. P. 23(e) |
| PLACE: | United States District Court Western District of New York 1360 United States Courthouse 100 State St. Rochester, NY 14614 |

1

DATE AND TIME:                         August 28, 2014 3 p.m.

        Respectfully submitted,

        s/ Dan Getman

---

Dan Getman
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561
phone: (845)255-9370
fax: (845) 255-8649
Email: dgetman@getmansweeney.com

Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Phone: 212-234-5953
Fax (512) 532-7780
Email: etudden@prismnet.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2014, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all CM/ECF participants:

      s/ Dan Getman
      _____

      Dan Getman
      Getman & Sweeney, PLLC
      9 Paradies Lane
      New Paltz, NY 12561
      phone: (845)255-9370
      fax: (845) 255-8649
      Email: dgetman@getmansweeney.com