

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

OTONIEL SOSA TEOBA, individually and
on behalf of others similarly
situated,

           Plaintiff(s),

                                        ORDER
                                        10-CV-6132

    v.

TRUGREEN LANDCARE, L.L.C.,

           Defendant(s).
_____

    Currently pending before the Court is plaintiffs' Motion to Certify Class. (Docket # 155). The Court hereby Orders that plaintiffs' Motion to Certify Class (Docket # 155) is **denied without prejudice to renew** pending final approval of the class action settlement.

**SO ORDERED.**

                                                    _____
                                                    JONATHAN W. FELDMAN
                                                    United States Magistrate Judge

Dated: August 29, 2014
Rochester, New York