# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

OTONIEL SOSA TEOBA, individually
and on behalf of others similarly situated,

    Plaintiffs

v.

TRUGREEN LANDCARE L.L.C.

    Defendant.

FILED ELECTRONICALLY

C.A. No. 6:10-cv-06132 (CJS)

CLASS ACTION

**AFFIDAVIT OF JESSICA STENDER**

1. My name is Jessica Stender. I am over 18 years of age and fully competent to make this affidavit.

2. I am a member of the California bar and am employed as an attorney by Centro de los Derechos del Migrante, Inc. (The Center for Migrants Rights, or CDM).

3. Since on or around April 25, 2014, CDM has been engaged in ongoing efforts to distribute the Notice of Class Action Suit and Proposed Settlement ("Settlement Notice") and the "Claim From and Release" ("Claim Form") and collect signed claim forms.

4. As of this date, CDM has forwarded to the Settlement Administrator the claim forms of 299 claimants presenting a total of 883 claims.

5. As of this date, we have not received any written objections from class members, or letters requesting to be excluded from the proposed settlement, as a result of the

1

additional notice mailed by the Settlement Administrator on November 26, 2015.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Dated: 1/8/15             _____
                          Jessica Stender