IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

OTONIEL SOSA TEOBA, individually
and on behalf of others similarly situated,

    Plaintiffs

v.

TRUGREEN LANDCARE L.L.C. and
THE SERVICEMASTER COMPANY,

    Defendants.
_____/

FILED ELECTRONICALLY

C.A. No. 6:10-cv-06132 (JWF)

CLASS ACTION

## FINAL JUDGMENT

On the 15th day of January, 2015, this Court granted final approval to the settlement of the Plaintiff's and class members' damage claims pursuant to Fed. R. Civ. P. 23(e). Pursuant to the terms of that settlement, it is, hereby,

ORDERED that Final Judgment is hereby entered on the damage claims of the Named Plaintiff and class members dismissing them with prejudice. It is further,

ORDERED that this Court shall retain jurisdiction over this case to address the attorneys fees portion of the settlement agreement and any matters that may arise with respect to the completion of the settlement process.

Done this 16th day of January, 2015.

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE