UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OTONIEL SOSA TEOBA, individually and
on behalf of others similarly
situated,

          Plaintiff(s),          **ORDER**
                                                     10-CV-6132
    v.

TRUGREEN LANDCARE, L.L.C., and
THE SERVICEMASTER COMPANY,

          Defendant(s).
_____

      Currently pending before the Court is plaintiffs' motion to resolve settlement disputes. (Docket # 242). On June 16, 2015, a hearing was held and arguments were heard from the parties' attorneys. For the reasons set forth on the record during the June 16th hearing, the Court hereby Orders that plaintiffs' motion (Docket # 242) **is granted in part and denied in part**. Specifically, the Court Orders that:

      1.    The presentation of a visa for a claimed year is sufficient proof that it is "more likely than not" that the worker worked for defendants. Accordingly, the Claims Administrator is ordered to approve claims within limitations supported by a visa showing TruGreen as the employer <u>unless</u> defendants submit proof that the worker did not work for TruGreen; and

      2.    Claims outside the limitations period will not be approved.

SO ORDERED.

                                                _____
                                                JONATHAN W. FELDMAN
                                                **UNITED STATES MAGISTRATE JUDGE**

Dated:    June 24, 2015
            Rochester, New York